Edward S. Coleman, Esq.
Nevada Bar No. 000601
Coleman Law Associates, A Professional Law Corporation
6615 S. Eastern Avenue, Suite 108
Las Vegas, NV 89119
Telephone: (702) 699-9000
Facsimile: (702) 699-9006
E-Mail: mail@coleman4law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 10-21796-BAM |
| FRANK J. LEVESQUE | Chapter 7 |
| and | |
| BONNIE R. LEVESQUE | |
| Debtors. | Date: N/A |
| | Time: N/A |

### SUBSTITUTION OF ATTORNEY

EDWARD S. COLEMAN, ESQ. of COLEMAN LAW ASSOCIATES is hereby substituted as the attorney of record for the Debtors, Frank and Bonnie Levesque, in the above-entitled action, in place and in stead of SHAWN CHRISTOPHER, CHRISTOPHER LEGAL GROUP.

Page 1 of 3

1
2
3      DATED this 4th day of October, 2011.
4
5
6                                    COLEMAN LAW ASSOCIATES
                                     A Professional Law Corporation
7
8                                    _____
                                     Edward S. Coleman, Esq.
                                     Nevada Bar No. 000601
9                                    6615 South Eastern Avenue, Suite 108
                                     Las Vegas, Nevada 89119
10                                   (702) 699-9000
11
12
                                **ACCEPTANCE**
13
14
         I hereby accept the above and foregoing substitution as attorney for the Debtors, Frank
15
    and Bonnie Levesque.
16       DATED this 27 day of October, 2011.
17
18
                                     CHRISTOPHER LEGAL GROUP.
19
                                     _____
20
                                     SHAWN CHRISTOPHER.
21                                   Nevada Bar No. 6252
                                     2625 N. Green Valley Pkwy. #110
22                                   Henderson, Nevada 89104
23
         Frank and Bonnie Levesque hereby consents to the substitution of Coleman Law
24
    Associates in place and in stead of Christopher Legal Group, in the above referenced matter.
25
26   _____            _____
27   Frank Levesque                     Bonnie Levesque
28                          Page 2 of 3

## CERTIFICATE OF MAILING

I hereby certify that on the 11th day of November, 2011, a true and correct copy of the above and foregoing titled document was sent via Regular US Postal Mail, postage prepaid, and addressed to the following:

Trustee Brian Shapiro
411 E. Bonneville Suite 300
Las Vegas, NV 89101

Mark Henness
8972 Spanish Ridge Ave
Las Vegas, NV 89148

**Debtors**
Frank and Bonnie Levesque
636 Bonanza Plain Ave
Henderson, NV 89011

By: /s/ Tanya Rowe
Tanya Rowe
An Employee of Coleman Law
Associates, APLC